Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Desi Lambert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| DESI LAMBERT,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICAN EXPRESS COMPANY,<br><br>            Defendants. | Federal Case No.: 2:18-cv-00679-TLN-KJN<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AMERICAN EXPRESS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Desi Lambert, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant American Express as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant American Express has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: June 27, 2018                              Sagaria Law, P.C.

By: ___*/s/ Elliot W. Gale*___
                Elliot W. Gale
Attorneys for Plaintiff
Desi Lambert